**EXHIBIT A**

1

2  RICHARD ALEXANDER, Cal. Bar #48432
   JEFFREY W/ RICKARD, Cal. Bar #125180
3  RYAN M. HAGAN, Cal Bar #200850
   ALEXANDER, HAWES & AUDET, LLP
4  152 North Third Street, Suite 600                    **E-FILED  8/11/2005**
   San Jose, CA 95112
5  Telephone:  (408) 289-1776
   Facsimile:  (408) 287-1776
6  **Attorneys for Plaintiff(s)**

7  RANDALL C. CREECH, Cal. Bar #65542
   CREECH, LIEBOW & KRAUS
8  333 West San Carlos Street
   Suite 1600
9  San Jose, CA  95110
   Telephone:  (408) 993-9911
10 Facsimile:  (408) 993-1335

11 THOMAS M. CARNEY, admitted *pro hac vice*
   CAROL A. RUTTER, admitted *pro hac vice*
12 HUSCH & EPPENBERGER, LLC
   190 Carondelet Plaza, Suite 600
13 St. Louis, MO  63105-3441
   Telephone:  (314) 480-1500
14 Facsimile:  (314) 480-1505
15 **Attorneys for Defendant Olin Corporation**

16              UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
17

18 ANDRES LUJAN, ET AL.,              )    Case No.: C 03-01289 RMW
                                      )
19         Plaintiffs,                )    **STIPULATION FOR DISMISSAL WITH**
                                      )    **PREJUDICE OF DEFENDANT OLIN**
20 v.                                 )    **CORPORATION BY PLAINTIFFS**
                                      )    **ANDRES LUJAN, ET AL.**
21 OLIN CORPORATION, et al.,          )
                                      )
22         Defendants.                )
                                      )
23 _____     )

24

25      Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Andres Lujan, et al. and Defendant Olin

26 Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an

27 Order dismissing with prejudice all claims asserted by Plaintiffs Andres Lujan, et al. as to

28

1    defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to

2    date in this action.

3    Dated: _____

4

5                                        Respectfully submitted,

6

7                                        ALEXANDER, HAWES & AUDET, LLP

8                                        By: _____

9                                            RICHARD D ALEXANDER, Cal. Bar #48432
                                             JEFFREY W/ RICKARD, Cal. Bar #125180
10                                           RYAN M. HAGAN, Cal Bar #200850
                                             152 North Third Street, Suite 600
11                                           San Jose, CA 95112
                                             Telephone: (408) 289-1776
12                                           Facsimile: (408) 287-1776

13                                       Attorneys for Plaintiffs Andres Lujan, et al.

14

15                                       HUSCH & EPPENBERGER, LLC

16
                                         By: ___/s/ Carol A. Rutter_____
17                                           THOMAS M. CARNEY, admitted *pro hac vice*
                                             CAROL A. RUTTER, admitted *pro hac vice*
18                                           190 Carondelet Plaza, Suite 600
                                             St. Louis, MO 63105-3441
19                                           Telephone: (314) 480-1500
                                             Facsimile: (314) 480-1505
20
                                             RANDALL C. CREECH, Cal. Bar #65542
21                                           CREECH, LIEBOW & KRAUS
                                             333 West San Carlos Street
22                                           Suite 1600
                                             San Jose, CA 95110
23                                           Telephone: (408) 993-9911
                                             Facsimile: (408) 993-1335
24
                                         Attorneys for Defendant Olin Corporation
25

26

27

28

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Andres Lujan, et al. - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

ANDRES LUJAN, ET AL.,                    )   Case No.:  C 03-01289 RMW
                                         )
                                         )   **ORDER DISMISSING WITH**
            Plaintiffs,                  )   **PREJUDICE DEFENDANT OLIN**
                                         )   **CORPORATION BY PLAINTIFFS**
v.                                       )   **ANDRES LUJAN, ET AL.**
                                         )
OLIN CORPORATION, et al.,                )
                                         )
            Defendants.                  )

THIS MATTER coming on the motion of Plaintiffs Andres Lujan, et al. and

Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant

OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

        IT IS HEREBY ORDERED

        Plaintiffs Andres Lujan, et al.'s claims against Defendant Olin Corporation are

dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their

own costs and legal fees incurred to date in this action.

AUG 11 2005              SO ORDERED:

                         *Ronald M. Whyte*

                         _____

2055245.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Andres Lujan, et al. - 3**